FLN (Rev. 4/2004) Deficiency Order                                                                Page 1 of 1
3:04cr27 - UNITED STATES OF AMERICA vs. CHARLES POPE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                              Case No.3:04cr27

CHARLES POPE

_____

## ORDER

Your document, **PETITION FOR WRIT OF HABEAS CORPUS (V.O.P.)**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that the document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies.

DONE and ORDERED this 24th day of October, 2006.

                                              *s/L.A. Collier*
                                              LACEY A. COLLIER
                                              SENIOR UNITED STATES DISTRICT JUDGE