# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                           CASE NO.  3:04cr27LAC

CHARLES POPE

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __January 17, 2007__

Motion/Pleadings: AMENDED PETITION FOR WRIT OF HABEAS CORPUS (V.O.P.)

Filed by DEFENDANT pro se        on  11/08/2006        Doc.#    4

RESPONSES:

BY GOVERNMENT                    on 1/17/07            Doc.#    5

                                                on                         Doc.#

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed        _____ Consented

                                                WILLIAM M. McCOOL, CLERK OF COURT

                                                *s/Mary Maloy*

LC (1 OR 2)                                Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 24th day of January, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b) _____*

                                                                  *s/L.A. Collier*
                                                       ***LACEY A. COLLIER***
                                      *Senior United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                            Document No.