*FLN (Rev. 3/2007) Deficiency Order*                                             *Page 1 of 1*
*3:04cr27LAC - UNITED STATES OF AMERICA vs. CHARLES POPE*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

      vs                                     Case No.3:04cr27LAC

CHARLES POPE

---

## ORDER

Your document, PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule
> 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper
> service.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the
filing party.

DONE and ORDERED this 27th day of August, 2008.


                            s/*L.A. Collier*
                            LACEY A. COLLIER
                            SENIOR UNITED STATES DISTRICT JUDGE