UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:04cr27 LAC

CHARLES POPE

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  September 30, 2008
Motion/Pleadings: PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
Filed by  DEFENDANT PRO SE   on 9/4/08   Doc.# 8

RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)   Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of October, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) See Docs 5 & 6.*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.